DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BROOKS v. WAL-MART STORES, INC.

No. 473P00

Case below: 139 N.C. App. 637

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 1 February 2001. Justice Edmunds recused.

## CABE v. WORLEY

No. 512P00

Case below: 140 N.C. App. 250

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused.

## CITY OF HILLSBOROUGH v. HUGHES

No. 25P01

Case below: 140 N.C. App. 714

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

## COCA-COLA BOTTLING CO. CONSOL. v. DURHAM COCA-COLA BOTTLING CO.

No. 78P01

Case below: 141 N.C. App. 569

Petition by plaintiffs/defendants (Coca-Cola Bottling Co. Consolidated and Reidsville Transaction Corporation, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 2 March 2001.

## DANCY v. ABBOTT LABS.

No. 436A00

Case below: 139 N.C. App. 553

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 1 February 2001. Justice Edmunds recused.